NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**LECTROLARM CUSTOM SYSTEMS, INC.,**
*Plaintiff-Appellant,*

**v.**

**VICON INDUSTRIES, INC. and
UTC FIRE & SECURITY AMERICAS
CORPORATION, INC.,**
*Defendants,*

**and**

**SENSORMATIC ELECTRONICS CORPORATION,**
*Defendant-Appellee,*

**and**

**BOSCH SECURITY SYSTEMS, INC.,**
*Defendant-Appellee.*

———————————

2012-1156

———————————

Appeal from the United States District Court for the Western District of Tennessee in Case No. 03-CV-2330, Judge Samuel H. Mays, Jr.

———————————

**JUDGMENT**

———————————

GARY M HOFFMAN, Dickstein Shapiro LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief were KENNETH W. BROTHERS, MEGAN S. WOODWORTH and GIANNI MINUTOLI.

SEAN WILLIAM GALLAGHER, Bartlit Beck Herman Palenchar & Scott, LLP, of Chicago, Illinois, argued for defendant-appellee, Sensormatic Electronics Corporation. With him on the brief were STEVEN J. NACHTWEY and ASHA L.I. SPENCER.

JONATHAN SAUL FRANKLIN, Fulbright & Jaworski L.L.P. of Washington, DC, argued for defendant-appellee, Bosch Security Systems, Inc. With him on the brief were ERIK G. SWENSON, of Minneapolis, Minnesota, and GEORGE W. JORDAN, III, of Houston, Texas.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PROST, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 21, 2012       /s/ Jan Horbaly
      Date             Jan Horbaly
                          Clerk